UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STROEDER,

        Plaintiff,

  v.

GARY CLUMP, et al.

        Defendants.

Case No. C10-1271-RAJ

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation (Dkt. # 27) of United States Magistrate Judge Brian A. Tsuchida, Plaintiff's objections (Dkt. # 29) to the Report and Recommendation, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** as time barred; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 22nd day of February, 2011.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1